**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP - 7 2005**

GREGORY C. LANGHAM
_____ CLERK

Civil Action No. 04-cv–00213-ZLW

WADIH ELIAS EL-HAGE,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Plaintiff's request for a transfer or refund of the filing fee, which he makes in a letter to the Court filed on July 13, 2005, is DENIED.

Dated:  September 7, 2005

---

Copies of this Minute Order mailed on September 7, 2005, to the following:

Wadih Elias El-Hage
Reg. No.  42393-054
USP-ADX
P.O. Box 8500
Florence, CO 81226

Secretary/Deputy Clerk